David W. Sanford, DC Bar No. 457933 (*Pro Hac Vice*)
Thomas J. Henderson, DC Bar No. 476854 (*Pro Hac Vice*)
Katherine E. Lamm, NY Bar No. 4912507 (*Pro Hac Vice*)
**SANFORD HEISLER, LLP**
1666 Connecticut Ave., NW, Suite 300
Washington, D.C., 20009
Telephone: (202) 499-5200
Facsimile: (202) 499-5199

Jeremy Heisler, NY Bar No. 1653484 (*Pro Hac Vice*)
**SANFORD HEISLER, LLP**
1350 Avenue of the Americas, Suite 3100
New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651

Janette Wipper, CA Bar No. 275264
Felicia Medina, CA Bar No. 255804
**SANFORD HEISLER, LLP**
555 Montgomery Street, Suite 1206
San Francisco, CA 94111
Telephone: (415) 795-2020
Facsimile: (415) 795-2021

Jill S. Sanford, CA Bar No. 185757
**OF COUNSEL**
**SANFORD HEISLER, LLP**
5663 Meadows Del Mar
San Diego, CA 92130
Telephone: (619) 398-7406
Facsimile: (202) 499-5199

Edward D. Chapin, CA Bar No. 053287
**OF COUNSEL**
**SANFORD HEISLER, LLP**
550 West "C" Street, Suite 2000
San Diego, CA 92101
Telephone: (619) 241-4810
Facsimile: (619) 955-5318

*Attorneys for the Plaintiffs and the Plaintiff Class*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIC STILLER AND JOSEPH MORO, on behalf of themselves individually and all others similarly situated,<br><br>               Plaintiffs,<br><br>vs.<br><br>COSTCO WHOLESALE CORPORATION and DOES 1 through 25, inclusive,<br><br>               Defendants. | Case No.: 09CV2473-GPC (BGS)<br><br>Assigned to Hon. Gonzalo P. Curiel<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

Plaintiffs respectfully provide notice to the Court of supplemental authority in the form of recent decisions regarding class certification of California wage and hour claims in *Williams v. Superior Court of Los Angeles County*, 221 Cal. App. 4th 1353 (Cal. Ct. App. 2013), and *Jones, et al. v. Farmers Insurance Exchange*, 221 Cal. App. 4th 986 (Cal. Ct. App. 2013), and of state and federal wage and hour claims in *Gomez, et al. v. Tyson Foods*, 2013 U.S. Dist. LEXIS 141750 (D. Neb. Oct. 1, 2013). Plaintiffs believe these decisions are relevant to Defendant's pending Motion to Decertify the Rule 23 Class Action and the FLSA Collective Action (Doc. 146-1), and will further explicate this position at the Court's request.

DATED: January 9, 2014        Respectfully submitted,

                                      /s/Thomas J. Henderson
                                      Thomas J. Henderson, DC Bar No. 476854 (Pro Hac Vice)
                                      David W. Sanford, DC Bar No. 457933 (Pro Hac Vice)
                                      Katherine E. Lamm, NY Bar No. 4912507 (Pro Hac Vice)
                                      SANFORD HEISLER, LLP
                                      1666 Connecticut Ave., NW, Suite 300
                                      Washington, D.C. 20009
                                      Telephone: (202) 499-5200
                                      Facsimile: (202) 499-5199

1

Jeremy Heisler, NY Bar No. 1653484 (Pro Hac Vice)
SANFORD HEISLER, LLP
1350 Avenue of the Americas, Suite 3100
New York, NY 10019
Telephone: (646) 402-5650
Facsimile: (646) 402-5651

Janette Wipper, CA Bar No. 275264
Felicia Medina, CA Bar No. 255804
SANFORD HEISLER, LLP
555 Montgomery Street, Suite 1206
San Francisco, CA 94111
Telephone: (415) 795-2020
Facsimile: (415) 795-2021

Jill S. Sanford, CA Bar No. 185757
OF COUNSEL
SANFORD HEISLER, LLP
5663 Meadows Del Mar
San Diego, CA 92130
Telephone: (619) 398-7406
Facsimile: (202) 499-5199

Edward D. Chapin, CA Bar No. 053287
OF COUNSEL
SANFORD HEISLER, LLP
550 West "C" Street, Suite 2000
San Diego, CA 92101
Telephone: (619) 241-4810
Facsimile: (619) 955-5318

*Attorneys for the Plaintiffs and the Plaintiff Class*